AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

LINWOOD EDWARD TRACY, JR.,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                             CASE NUMBER: **3:08-cv-00393-LRH-RAM**

UNITED STATES OF AMERICA, et al.,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the government's Motion to Dismiss (#4) is hereby GRANTED. Plaintiff's Motions for Default Judgment (#3,9) are hereby DENIED.


  February 27, 2009                            **LANCE S. WILSON**
                                                          Clerk

                                                    /s/ P. McDonald
                                                    Deputy Clerk